UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGETTE LOWE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WALGREENS BOOTS ALLIANCE, INC., et al.,<br><br>　　　　Defendants. | Case No. 21-cv-02852-SK<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that Defendants' motion to dismiss is GRANTED, as described in this Court's order dated today. This constitutes a final judgment under Federal Rule of Civil Procedure 58. The Clerk of Court is directed to close the file.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 23, 2021

_____
SALLIE KIM
United States Magistrate Judge